[No. 50207-7-I.  Division One.  March 31, 2003.]

MARIA DIAZ, ET AL., *Appellants*, v. MOTEL 6/ACCOR ECONOMY LODGING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-14962-0, Helen Halpert, J., entered March 1, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50279-4-I.  Division One.  March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD KEATON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-02494-3, Charles S. French, J., entered April 2, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 50312-0-I; 50319-7-I.  Division One.  March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREY L. KOLESNIKOVICH, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King County, No. 00-1-09218-7, Dale B. Ramerman, J., entered March 18 and 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50346-4-I.  Division One.  March 31, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VLADIMIR KALCHEK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00196-0, Donald D. Haley, J., entered April 19, 2002. *Reversed* by unpublished per curiam opinion.